UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL CHAMBERS, | : Docket No. 3:00CV00656(SRU) |
| Plaintiff, | : |
| v. | : |
| ANTHONY J. PRINCIPI<br>SECRETARY, U.S. DEPARTMENT<br>OF VETERAN'S AFFAIRS | : |
| Defendant. | : NOVEMBER 14, 2003 |

**MOTION FOR EXTENSION OF TIME TO
SUBMIT JOINT TRIAL MEMORANDUM**

Pursuant to Rule 7 of the Local Rules of Procedure for the District of Connecticut and the Order of this Court, Defendant, Anthony J. Principi, Secretary of Veterans Affairs, hereby respectfully submits this motion for extension of time within which to submit the Joint Trial Memorandum in the above-captioned action.  Pursuant to the Order of this Court entered on September 23, 2003, the Joint Trial Memorandum is due on November 30, 2003.

An extension of this deadline is sought because of defendant's Motion for Reconsideration of this Court's Ruling on defendant's Motion for Summary Judgment entered on September 22, 2003.  In this ruling the Court granted the defendant's motion in all respects except as to one claim in Count I, and the claims in Count VII. Defendant has asked the Court to reconsider its decision to sustain Count VII of the Complaint alleging constructive discharge.  This motion is pending before the Court.

The Court's ruling on defendant's Motion for Reconsideration will affect the parties' Joint Trial Memorandum. If the motion is granted and Count VII dismissed, the parties need not address or present evidence on the issue of constructive discharge. If the motion is denied, Count VII will need to be addressed by the parties.

In light of the foregoing, the defendant requests that this Court extend the time for filing the Joint Trial Memorandum until 30 days after this Court's ruling on the defendant's Motion for Reconsideration, and that the Court's December 9, 2003 Trial Calendar Call for this case be continued accordingly.

This is the first motion for extension of this time deadline. Plaintiff's counsel could not be reached to ascertain his position with regard to the extension sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Lauren M. Nash*

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508-1824
(203) 821-3700
FEDERAL BAR # ct01705

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Extension of Time to Submit Joint Trial Memorandum has been sent via first class mail, postage prepaid, on this 14th day of November, 2003, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

*Lauren M. Nash*
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700