Granted in part. Counsel shall attend the trial calendar call scheduled for December 9, 2003. Dates for submission of the joint trial memo and for the trial will be set at that time. So ordered.

Stefan R. Underhill
United States District Judge
11/24/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 17 A 9:56
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| MARSHALL CHAMBERS, | Docket No. 3:00CV00656(SRU) |
| Plaintiff, | |
| v. | |
| ANTHONY J. PRINCIPI SECRETARY, U.S. DEPARTMENT OF VETERAN'S AFFAIRS | |
| Defendant. | NOVEMBER 14, 2003 |

## MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to Rule 7 of the Local Rules of Procedure for the District of Connecticut and the Order of this Court, Defendant, Anthony J. Principi, Secretary of Veterans Affairs, hereby respectfully submits this motion for extension of time within which to submit the Joint Trial Memorandum in the above-captioned action. Pursuant to the Order of this Court entered on September 23, 2003, the Joint Trial Memorandum is due on November 30, 2003.

An extension of this deadline is sought because of defendant's Motion for Reconsideration of this Court's Ruling on defendant's Motion for Summary Judgment entered on September 22, 2003. In this ruling the Court granted the defendant's motion in all respects except as to one claim in Count I, and the claims in Count VII. Defendant has asked the Court to reconsider its decision to sustain Count VII of the Complaint alleging constructive discharge. This motion is pending before the Court.