TOTAL TIME: ___ hours **13** minutes   DEPUTY CLERK **Montz**   HONORABLE **Stefan Undochill**   RPTR/ERO/TAPE **Catucci**

Ch. cvjsel January 18, 2002

DATE **12-9-03**   START TIME **10:17**   END TIME **10:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Chambers**
vs.
**West Haven Vet**

CIVIL NO. **3:00cv656(SRU)**

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**Caleb Pilgrim**
Plaintiffs Counsel

**Lauren Nash**
Defendants Counsel

### CIVIL JURY SELECTION/CALENDAR CALL

☑ ....... ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☑ ....... ☐ (jyselect./h) Jury Selection held   ☑ Jury Selection continued until **April 1, 2004**.

☑ ... #**63**   Motion **for Reconsideration** _____   ☑ granted ☐ denied ☐ advisement

☐ ... #___   Motion **(After reconsideration S.J. Granted on Count 4)**   ☐ granted ☐ denied ☐ advisement

☐ ... #___   Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ... #___   Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed

☐ ....... _____ # jurors present

☐ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ....... Voir Dire by Court

☐ ....... Peremptory challenges exercised (See attached)

☐ ....... Jury of ____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ....... Remaining jurors excused

☐ ....... Discovery deadline set for _____

☐ ....... Disposition Motions due _____

☐ ....... Joint trial memorandum due _____

☑ ....... Trial continued until **April 5, 2004** at **9:00 A.M.**

☐ COPY TO: JURY CLERK