UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JAN 12 P 1: 48

MARSHALL CHAMBERS,
      Plaintiff
v.            CIVIL No.: 3:00 CV656(SRU)

US DISTRICT COURT
BRIDGEPORT CT

ANTHONY J. PRINCIPI,       January 12, 2004
Secretary, U.S. Department of Veterans Affairs,
      Defendant

## PLAINTIFF'S MOTION FOR ARTICULATION

Plaintiff hereby moves this Court to articulate, in writing, its decision granting summary judgment as to the Plaintiff's retaliation claims in the above-captioned matter. In particular, Plaintiff requests that the court explain in detail its reasons for granting summary judgment as to each of the following of the Plaintiff's claims of Defendant's:

(1) Verbal Counseling of Plaintiff (Plaintiff's Substitute Memo at 33 and 43);

(2) Written Counseling of Plaintiff (Plaintiff's Substitute Memo at 35-37);

(3) Formal Counseling of Plaintiff (Plaintiff's Substitute Memo at 33 and 43);

(4) Admonishment of Plaintiff (Plaintiff's Substitute Memo at 37);

(5) Suspension of Plaintiff (Plaintiff's Substitute Memo at 39);

(6) Removal of Plaintiff's VA Preference Points (Plaintiff's Substitute Memo at 32 and 49); and

(7) Denial of Plaintiff's request of Flexible Workplace Program (Plaintiff's Substitute Memo at 47).

THE PLAINTIFF,
MARSHALL CHAMBERS

BY: _____
CALEB M. PILGRIM, Esq.,
HIS ATTORNEY
LAW OFFICES OF CALEB M. PILGRIM, LLC.
1404 WHALLEY AVENUE (2ND FLOOR)
NEW HAVEN CT 06515
Federal Bar No.: CT 14857

1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 12th day of January 2004 to Attorney Lauren Nash, Ass't U.S. Attorney, U.S. Department of Justice, 157 Church Street, New Haven CT 06510.

*[signature]*
CALEB M. PILGRIM, Esq., Plaintiff's Attorney