UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 12  P 1:48
US DISTRICT COURT
BRIDGEPORT CT

MARSHALL CHAMBERS,
          Plaintiff

v.                                       CIVIL No.: 3:00 CV0656SRU

ANTHONY J. PRINCIPI,                     January 12, 2004
Secretary, U.S. Department of Veterans Affairs,
          Defendant

### AFFIDAVIT

I, *Marshall Chambers*, hereinafter called "Plaintiff," being duly deposed and sworn do state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.
2. I am personally familiar with facts and circumstances giving rise to instant lawsuit.
3. I was employed by Defendant as a Secretary from 1992 to 1997.
4. On or about March 12, 1997, I filed an EEO Complaint with Edgar Colon, an EEO Counselor with the Defendant..
5. According to my personal knowledge, Edgar Colon, EEO Counselor, notified both of my immediate supervisors, Jeffrey S. Lustman, M.D., Assistant Chief of Staff; and Bernadette R. Oulton, R.N., M.S.N., Chief, Hospital Education Service, within forty-eight (48) hours of his receiving my EEO complaint.
6. Mr. Colon interviewed both Dr. Lustman and Ms. Oulton within the federal, statutory time limit in accordance with 29 CFR 1614.
7. I had also earlier notified my supervisor(s) of my intention to file a formal EEO complaint.
8. Beginning eight days after I filed my first EEO complaint, with an EEO Counselor, I was subjected to repeated disciplinary actions.

9.  I make the foregoing statements of my own free will and volition, and they are true and correct according to my best knowledge and belief.

                                                  MARSHALL CHAMBERS
                                                  P.O. BOX 8643
                                                  NEW HAVEN, CT 06531-0643

Subscribed and sworn to before me this 12th day of January 2004.

                                                  CALEB M. PILGRIM, Esq.