UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 5, 2004

2:30p.m.

*Held 2 hours*

CASE NO. **3:00cv656 (SRU)**    **Marshall Chambers v Anthony Principi, et al**

Regina A. Long
U.S. Attorney's Office
450 Main St.
Hartford, CT 06103


Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510


Caleb McIvor Pilgrim
1404 Whalley Ave., 2nd Fl.
New Haven, CT 06515

\* JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK