UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -2  P 4: 57

US DISTRICT COURT
BRIDGEPORT CT

MARSHALL CHAMBERS

v.   :   3:00cv656 (SRU)

ANTHONY J. PRINCIPI

## SCHEDULING ORDER

This case shall proceed as follows:

1. The joint pretrial memorandum shall be filed by **March 8, 2004.**

2. Jury Selection shall take place on **April 1, 2004.**

3. Trial shall begin on **April 5, 2004.**

It is so ordered.

Dated at Bridgeport this 2nd day of February 2004.

Stefan R. Underhill
United States District Judge