UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL CHAMBERS, | : | Docket No. 3:00CV00656 (SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI | : | |
| SECRETARY, U.S. DEPARTMENT | : | |
| OF VETERAN'S AFFAIRS, | : | |
| | : | |
| Defendant. | : | March 5, 2004 |

**DEFENDANT'S PROPOSED JURY VOIR DIRE**

1.     When the jurors recite their basic information, including their employment, please have them state how long they have been with their present employer (or how long their period of unemployment has been) and how long their spouse has been with their present employer.

Alternatively: If you are employed, how long have you worked for your current employer?  If you are unemployed, how long have you been unemployed?  If you have a spouse or a partner, how long have they been working for their current employer or how long have they been unemployed?

2.     Have you or a family member (or any other person close to you) ever been discriminated against or harassed at work or at school on the basis of sex, race, ethnicity, disability, age, religion or sexual orientation?  What happened?  Was a case, claim, charge, or investigation begun?  What was the result?

1

3.      If you answered yes to the previous question, was the person who initiated the case, claim, charge, or investigation treated adversely as a result, in other words, were they retaliated against by the employer?  What happened?

4.      If an employee files a claim of discrimination against his employer, do you think that this means the employer probably did, in fact, discriminate against the employee?

5.      In general, do you think that African-American workers are treated unfairly by their employers as compared to the way other workers are treated?  Why?

6.      Have you, any member of your family, or a close friend ever (1) been treated unfairly on the job, or (2) been fired or threatened with firing, demoted, disciplined, or laid off from a job?  What happened?  How did this affect how you think employees should be treated by employers in general?

7.  Do you, a member of your family or a person close to you know the plaintiff in this case: Marshall Chambers?

8.      Are you personally acquainted with any members of the Plaintiff's family, personal friends, or associates?

9.  Do you, a member of your family or a person close to you know the plaintiff's lawyer in this case: Caleb M. Pilgrim?

10.      Do you, a member of your family, or a person close to you know the Defendant's attorney in this case:  Assistant United States Attorney Lauren M. Nash?

11.      The following people, in addition to Lauren M. Nash, are lawyers in the United States Attorney's Office for the District of Connecticut.  Please let me know if you know any one of these individuals professionally or socially.

2

Kevin J. O'Connor (United States Attorney)
Robert M. Appleton
Ronald S. Apter
Jonathan Biran
Leonard C. Boyle
William M. Brown, Jr.
Mark G. Califano
Patrick F. Caruso
Shawn J. Chen
Peter A. Clark
William A. Collier
Thomas V. Daily
John A. Danaher III
Nora R. Dannehy
Kari A. Dooley
John H. Durham
Anastasia M. Enos
James K. Filan, Jr.
James J. Finnerty
James G. Genco
James I. Glasser
Eric J. Glover
Brenda M. Green
Michael J. Gustafson
H. Gordon Hall
Alex V. Hernandez
John B. Hughes
Carolyn A. Ikari
Peter S. Jongbloed
Maria A. Kahn
Anthony E. Kaplan
Keith A. King
Henry Kopel
Calvin B. Kurimai
Brian Leaming
Peter D. Markle
John A. Marella
Michael McGarry
Alina P. Marquez
Jeffrey A. Meyer
Raymond F. Miller
Richard M. Molot
Douglas P. Morabito

William J. Nardini
Ann M. Nevins
Krishna R. Patel
Karen L. Peck
Lisa E. Perkins
Stephen B. Reynolds
David A. Ring
Mark D. Rubino
Michael E. Runowicz
Christine L. Sciarrino
Christopher W. Schmeisser
David J. Sheldon
Deborah R. Slater
Alan M. Soloway
Brian Spears
Robert M. Spector
David X. Sullivan
Julie G. Turbert
David Vatti

12.     Do any of you, your relatives, or friends know any of the following people who may be called as witnesses in the trial:

Neil Falkner
Beverly Hogle
Jeffrey Lustman, M.D.
Bernadette Oulton
Diane Lawrie
Patricia Brady
Marshall Chambers,
Gerald Dolloff
Richard Daniels
Kelvin Brown
Carl Lister
Phil Moschitta
Paul Mulinsky
Mark Bain
Deneen Askew

Kim Chapman
Edgar Colon
Margaret Veazey

13.    Have you or any member of your immediate family ever belonged to a labor union or labor organization?  If so, when and for how long?  Were you or they ever an officer, leader, or steward in the union?

14.    Have you or anyone in your family (or anyone close to you) ever been employed by the U.S. Department of Veteran Affairs?  Who and when?  What job?  How did that employment end?

15.    Have you or anyone in your family ever been employed by the United States government or any of its agencies?  Who and when?  What job?  How did that employment end?

16.    Have you or anyone in your family ever been involved in any case, contested claim, dispute, or prosecution with (1) the U.S. Department of Veteran Affairs, (2) the United States Attorney's Office or the Department of Justice, or (3) the United States government (also called the federal government) or any federal government agencies?  What is or was that dispute?  When was it?  What was the result?

17.  Have you, any member of your family, or a close friend ever felt that he or she had been mistreated or wronged by the United States Government or any of its agencies?  Who?  How was he or she mistreated or wronged?

18.    Do you think that the United States government tends to treat African- Americans unfairly?  Why?

5

19.    Have you or any member of your family ever been involved in a lawsuit, either as a party or a witness?  What was it?  Was it an employment dispute?  When?  What was the result?  Did you agree with the result?

20.    Have you had any prior jury service?  If so, what did the case involve?  Was it an employment dispute?  When and where was this trial?  What was the result?  Is there anything about your previous jury service that would affect your jury service in this case?

21.    At the end of the presentation of the evidence, the judge will instruct you on the rules of law to apply in this case.  Do you understand that even if you disagree with the instructions, you must apply them?

22.    During the course of this trial, counsel may make objections.  When objections are made, information may be excluded from your consideration.  Can you promise not to guess or speculate on what you were not permitted to hear or see?  If the judge directs you to disregard an item of evidence, will you be able to put it out of your mind and promise not to consider it in your deliberations?

23.  If you have refused to respond to any of the preceding questions because you did not wish to answer in open court, please indicate so at the end of the questioning and you will have an opportunity to discuss your concerns with the judge in private.

24.    Is there any reason at all, however private or personal, which makes you feel that you should not serve or would not like to serve on the jury for this case?  If so, please indicate this so that you can explain your concern to the judge and the lawyers privately.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
157 CHURCH ST.
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct01705

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Defendant's Proposed Voir Dire

Questions has been mailed, postage prepaid, on this 5th day of March, 2004, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

_____
                                        LAUREN M. NASH
                                        ASSISTANT U.S. ATTORNEY
                                        157 CHURCH ST.
                                        NEW HAVEN, CT  06510
                                        (203) 821-3700
                                        FEDERAL BAR # ct01705

8