UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL CHAMBERS, | : Docket No. 3:00CV00656 (SRU) |
| Plaintiff, | : |
| v. | : |
| ANTHONY J. PRINCIPI<br>SECRETARY, U.S. DEPARTMENT<br>OF VETERAN'S AFFAIRS, | : |
| Defendant. | : March 8, 2004 |

DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

The Defendant, Antony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits this supplemental exhibit list in connection with the Joint Pretrial Memorandum he filed today, March 8, 2004. Specifically, when Defendant submitted his trial memorandum, he inadvertently omitted certain exhibits from his exhibit list. Therefore, Defendant submits the following supplement to Section 10(B)(1) of the Joint Pretrial Memorandum entitled "Defendant's Exhibits, Expected to be Offered." Defendant has listed the prior exhibits and has highlighted the additional exhibits in bold. This submission is intended as in addition to, and not in lieu of, the Defendant's prior submission.

10.   EXHIBITS:

   B.   Defendant's Exhibits

   **1. Expected to be offered**

   •   Plaintiff's Position Description dated March 14, 1996;

   •   Position Report by VA Classification Specialist Kelvin Brown dated September 25, 1996;

- E-mail messages from 1996 to 1997 concerning the desk audits;

- Plaintiff's Official Personnel Folder or excerpts thereof;

- VA Human Resources Grievance Folder containing Plaintiff's grievances or excerpts thereof;

- Memorandum from Neil Falkner, VA Chief of Human Resources, to Chief of Hospital Education, dated March 26, 1997;

- Memorandum from Neil Falkner, VA Chief of Human Resources, to Marshall Chambers, dated March 26, 1997, with attachments thereto;

- Position Report by VA Classification Specialist Beverly Hogle dated March 14, 1997;

- Draft Revised Position Description sent by Bernadette Oulton, VA Chief of Hospital Education, dated April 14, 1997;

- Plaintiff's Revised Position Description, 1997;

- Master Agreement between the Department of Veterans Affairs and the American Federation of Government Employees dated 1997, or portions thereof;

- Master Agreement between the Veterans Administration and the American Federation of Government Employees dated 1982, or portions thereof.

- **Documents concerning the pay differential between Plaintiff's position at a GS-6 and the GS-7 position recommended by the first desk audit, including:**

    - **Plaintiff's pay records;**
    - **Official VA pay calendars for 1996 and 1997;**
    - **VA policy excerpts regarding Reassignment, Promotion and Change to Lower Grade;**
    - **General Schedules 5 U.S.C. 5332(a), Rates of Basic Pay and Increases;**
    - **VA Special Salary Rates for 1996 and 1997; and**
    - **VA Calculation Sheet.**

Respectfully submitted,

DEFENDANT, ANTHONY J. PRINCIPI,
SECRETARY, U.S. DEPARTMENT OF
VETERANS AFFAIRS

*Lauren Nash* /amn
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01705

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Supplemental Exhibit List has been served by first-class mail, postage prepaid, on this 8th day of March, 2004, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT 06515

                                            _Lauren Nash_
                                            LAUREN M. NASH
                                            ASSISTANT UNITED STATES ATTORNEY