UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL CHAMBERS, | : | Docket No. 3:00CV00656 (SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI | : | |
| SECRETARY, U.S. DEPARTMENT | : | |
| OF VETERAN'S AFFAIRS, | : | |
| | : | |
| Defendant. | : | March 12, 2004 |

## DEFENDANT'S MOTION IN LIMINE

The Defendant, Anthony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits this Motion in Limine in connection with the above-captioned case. By this motion Defendant seeks an order from the Court precluding the Plaintiff from introducing any exhibits or the testimony of any witnesses in the April 5, 2004 trial of this case due to his failure to comply with the Court's Pre-Trial Order.

This motion is supported by a memorandum, submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
157 CHURCH ST.
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct01705

<u>                          </u>CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing Defendant's Motion in Limine has been mailed, postage prepaid, on this 12th day of March, 2004, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

<u>                                          </u>
      LAUREN M. NASH
      ASSISTANT U.S. ATTORNEY
      157 CHURCH ST.
      NEW HAVEN, CT  06510
      (203) 821-3700
      FEDERAL BAR # ct01705