STATUS CONFERENCE HELD
DATE: 3/23/04

(20 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

March 23, 2004

2:00 p.m.

CASE NO. **3:00cv656**   **Chambers v Principi**

Regina A. Long
U.S. Attorney's Office
450 Main St.
Hartford, CT 06103


Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510


Caleb McIvor Pilgrim
1404 Whalley Ave., 2nd Fl.
New Haven, CT 06515


                    BY ORDER OF THE COURT
                    KEVIN F. ROWE, CLERK