```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

       Telephone Status Conference Calendar

         Stefan R. Underhill, U. S. D. J.
             915 Lafayette Boulevard
                   Bridgeport
            Courtroom #1, 4th Floor

                 March 31, 2004

                   11:00 a.m.
```

CASE NO. **3:00cv656**    **Chambers v Principi**

Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510


Caleb McIvor Pilgrim
1404 Whalley Ave., 2nd Fl.
New Haven, CT 06515


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK