UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 MAR 30  A 11: 31

| | |
|---|---|
| MARSHALL CHAMBERS,<br>        Plaintiff<br>v.<br><br>Defendant-ANTHONY J. PRINCIPI<br>Secretary, U.S. Department of<br>Veterans Affairs,<br>        Defendant | Docket No. 3:00CV00656(SRU)<br>BRIDGEPORT<br><br><br>March 28, 2004 |

## PLAINTIFF'S REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC

Plaintiff, through counsel undersigned, hereby moves this Court to grant leave to file the attached motion for summary judgment nunc pro tunc with respect to Counts One and Two of the Plaintiff's Amended Complaint dated March 27, 2004.

To the extent that this request for leave to file for summary judgment is filed outside of the deadline for filing dispositive motions, Counsel represents that he was unaware of, and first learned of the 1997 arbitration proceeding this past Thursday, March 25, 2004. Hence, it was impossible to have filed this motion earlier.

Further, to the extent that the CBA between the parties, Article 40, Section 2F, provides that the decision of an Arbitrator in arbitration between the parties is "final and binding", and the Arbitrator has already ruled on the issues of failure to promote, and violation of the CBA, these issues would appear to be res judicata, or collateral estoppel. Moreover, to the extent that the Arbitrator ruled in Mr. Chambers' favor, he also has the right to bring an action based on the Arbitrator's award.

1

In light of the foregoing, this Court should grant the Plaintiff's Motion for Leave to File Summary Judgment Nunc Pro Tunc.

Respectfully submitted,
PLAINTIFF, MARSHALL CHAMBERS

_____
CALEB M. PILGRIM, ESQ.
Law Offices Of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515
Tel: (203) 387-2524
Federal Bar No. CT14857

### CERTIFICATE

I hereby certify that a copy of the foregoing was mailed to Attorney Lauren Nash, AUSA, U.S. Department of Justice, 157 Church Street, New Haven, CT 06510 on March 28, 2004.

_____
CALEB M. PILGRIM, ESQ.