UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL CHAMBERS, | : | Docket No. 3:00CV00656 (SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI | : | |
| SECRETARY, U.S. DEPARTMENT | : | |
| OF VETERAN'S AFFAIRS, | : | |
| | : | |
| Defendant. | : | March 30, 2004 |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Defendant, Anthony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits this Motion to Dismiss the above-captioned case. Defendant seeks dismissal of this action based on the repeated failure of Plaintiff's counsel to comply with the Pre-Trial Order and subsequent Orders of this Court.

This motion is supported by a memorandum of law, submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
157 CHURCH ST.
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct01705

CERTIFICATE OF SERVICE

  This is to certify that a copy of the within and foregoing Defendant's Motion to Dismiss has been mailed, postage prepaid, on this 30th day of March, 2004, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

                 LAUREN M. NASH
                 ASSISTANT U.S. ATTORNEY
                 157 CHURCH ST.
                 NEW HAVEN, CT  06510
                 (203) 821-3700
                 FEDERAL BAR # ct01705