UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 30   A 11: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARSHALL CHAMBERS,  }
        Plaintiff  }  Docket No.: 3:00CV00656(SRU)
v.  }
  }
Defendant-ANTHONY J. PRINCIPI  }
Secretary, U.S. Department of  }
Veterans Affairs,  }  March 28, 2004
        Defendant  .  }

## MOTION FOR STAY PENDING INTERLOCUTORY APPEAL

Plaintiff, MARSHALL CHAMBERS, hereby moves this Court for a stay of litigation pending interlocutory appeal. In support of this motion, Plaintiff represents as follows:

(1) Plaintiff, Marshall Chambers, has prepared, and will shortly file, pro se, a Petition for Interlocutory Appeal in the above-captioned matter.

(2) Fairly read, the evidence in this case demonstrates that the Plaintiff should ultimately prevail on the merits of his retaliation claims, his failure to promote claim, and his demotion claims. These issues are separate and distinct from the amount of any recovery.

(3) Plaintiff will be irreparably injured absent a stay, since this matter involves in particular the disposition of eight specific retaliation claims, and in the absence of a stay will require re-litigation of those claims.

1

(4) The other party in this case is the Federal Government. Plaintiff Chambers is an currently unemployed veteran. Given the inherent inequality of resources, the equities in this matter tilt squarely in favor of the Plaintiff. The issuance of a stay will not substantially injure the Federal Government, the other party interested in these proceedings. There is a far greater likelihood of prejudice to the Plaintiff's legal rights in this case.

(5) Finally, the public interest lies in a clear, comprehensive, speedy resolution of all those issues, including the specific retaliations claims raised by the Plaintiff, and a fair, reasonable and equitable disposition, thereof.

WHEREFORE: Plaintiff respectfully moves this Court for an Order staying all proceedings pending Interlocutory Appeal.

THE PLAINTIFF,

*Caleb M. Pilgrim*
CALEB M. PILGRIM, Esq.
1404 Whalley Avenue
New Haven, CT 06515
Tel: 203-387-2524
Fed.Bar # ct 14857

### CERTIFICATE

This is to certify that a copy of the foregoing was forwarded postage pre-paid to Lauren M. Nash, Esq., to 157 Church Street/P.O. Box 1824, New Haven CT 06508; this 28th. day of March, 2004.

*Caleb M. Pilgrim*
CALEB M. PILGRIM, Esq.