UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 MAR 30  A 11: 31

| | |
|---|---|
| MARSHALL CHAMBERS,<br>           Plaintiff<br>v.<br><br>Defendant-ANTHONY J. PRINCIPI<br>Secretary, U.S. Department of<br>Veterans Affairs,<br>           Defendant | Docket No. 3:00CV00656(SRU)<br>U.S. DISTRICT COURT<br>BRIDGEPORT, CONN<br><br><br>March 28, 2004 |

### PLAINTIFF'S PROPOSED JURY QUESTIONS

1. Have you or any members of your family ever worked for the Department of Veterans' Affairs? If so, in what capacity?

2. Have you, a family member, or a close friend, ever been denied promotion by any employer?

3. If so, what action(s) did you, the family member, or friend, take because of the denial of promotion? Have you ever opposed or grieved the denial of a promotion?

4. Conversely, have you, a family member, or a close friend, ever denied promotion, or supported the denial of promotion, to any employee under your supervision? If so, under what circumstances?

5. What were the specific reasons for the refusal to promote the particular employee?

6. What action(s) did that employee take in response to the decision not to promote him or her?

7. Have you ever been plaintiff, defendant, or a witness, in any lawsuit, administrative, or other proceedings, involving allegations of discrimination?

8. Would you prefer a female secretary over a male secretary?

9. Traditionally women have dominated in the secretarial field, do you have any preconceived notions that the secretarial field should remain dominated by women?

10. Have you, a family member or friend, ever applied for a promotion, and that promotion, was given to a minority person?

11. Conversely, has any minority person under your supervision, ever applied for a promotion and that promotion was given to a non-minority person?

12. Do you believe that blacks have an advantage in the work place in terms of getting promoted over whites?

13. Would the fact that this case involves claims by an individual against the Department of Veterans' Affairs influence you in any way?

14. Do you believe that black veterans are treated the same as others?

15. Would the fact that this case involves discrimination claims against the Department of Veterans' Affairs influence you in any way?

16. Where there is an agreement between employer and an employee, or his union, should the employer honor that agreement?

>Respectfully submitted,
>PLAINTIFF, MARSHALL CHAMBERS
>
>*/s/ Caleb M. Pilgrim/*
>CALEB M. PILGRIM, ESQ.
>LAW OFFICES OF CALEB M. PILGRIM, LLC
>1404 WHALLEY AVENUE, 2ND FLOOR
>NEW HAVEN, CT  06515
>(203) 387-2524
>FEDERAL BAR NO. CT14857

## CERTIFICATE

I hereby certify that a copy of the foregoing was mailed to Attorney Lauren Nash, AUSA, U.S. Department of Justice, 157 Church Street, New Haven, CT 06510 on March 28, 2004.

*/s/ Caleb M. Pilgrim/*
CALEB M. PILGRIM, ESQ.