UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -5  P 2: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MARSHALL CHAMBERS, ) | |
| Plaintiff, ) | CIVIL No. 3:00CV00656(SRU) |
| v. ) | |
| ) | |
| ANTHONY PRINCIPI, Secretary, ) | |
| U.S. Department of Veterans Affairs, ) | DATE: April 1, 2004 |
| Defendant. ) | |

### PLAINTIFF'S OPPOSITION
### TO DEFENDANT'S MOTION IN LIMINE

Plaintiff hereby objects to Defendant's Motion in limine, on the grounds set forth in the attached Memorandum of Law.

                        THE PLAINTIFF
                        MARSHALL CHAMBERS

                    By: _____
                        CALEB M. PILGRIM, Esq.
                        **Law Offices of Caleb M. Pilgrim, LLC**
                        1404 Whalley Avenue - 2nd Floor
                        New Haven, CT 06510
                        Tel: 203-387-2524
                        Federal Bar No. ct 14857


### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of April 2004 to Attorney Lauren Nash, AUSA, US DOJ 157 Church Street, New Haven, CT 06510.

_____
CALEB M. PILGRIM, Esq.

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -5  P 2: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| MARSHALL CHAMBERS, ) | |
|          Plaintiff, ) | CIVIL NO. 3:00CV00656 (SRU) |
| ) | |
| v. ) | |
| ) | |
| ANTHONY PRINCIPI, Secretary, ) | DATE: April 1, 2004 |
| U.S. Department of Veterans Affairs, ) | |
|          Defendant. ) | |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

Plaintiff hereby submits the instant Memorandum of Law in support of his opposition to Defendant's Motion in limine. Defendant's motion seeks to preclude the Plaintiff from introducing sundry exhibits, and certain testimony on the ground that the Plaintiff had failed to produce the information requested by the Defendant. Plaintiff has supplied a list of all relevant exhibits, and copies of said exhibits to the Defendant. The Defendant's motion is moot and should therefore be denied.

On or about March 25, 2004, Plaintiff submitted his initial List of Witnesses and Exhibits. On March 31, 2004, Plaintiff submitted to Defendant's counsel an amended List of Exhibits with asterisk (*) denoting all those exhibits, which Plaintiff would seek to introduce at trial. In addition, Plaintiff had faxed to Defendant's counsel a list of those witnesses Plaintiff expected to call at the commencement of trial on April 5, 2004. On or about April 1, 2004, Plaintiff also

2

faxed to the Defendant a letter in which he advised Defendant's counsel that he intended to introduce admissions by the Defendant concerning the issues of employment discrimination at the defendant VA at the time the Plaintiff was employed with the Defendant.

Based on the foregoing, it is crystal clear that Plaintiff has complied with his duty to disclose witnesses and exhibits to be offered at trial. Defendant's motion is thus moot, and should be denied.

WHEREFORE, Plaintiff objects to Defendant's Motion in limine on the grounds that Defendant's motion is without merit, and should be denied.

PLAINTIFF
MARSHALL CHAMBERS

By: _____
CALEB M. PILGRIM, Esq.
**Law Offices of Caleb M. Pilgrim, LLC**
1404 Whalley Avenue - 2nd Floor
New Haven, CT 06510
Tel: 203-387-2524
Federal Bar No. ct 14857

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of April 2004 to Attorney Lauren M. Nash, AUSA, US DOJ 157 Church Street, New Haven, CT 06510.

_____
CALEB M. PILGRIM, Esq.