UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -6 A 11: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARSHALL CHAMBERS,            )
                  Plaintiff,  ) CIVIL No. 3:00CV00656(SRU)
v.                            )
                              )
ANTHONY PRINCIPI, Secretary,  )
U.S. Department of Veterans Affairs, )
                  Defendant.  ) DATE: April 3, 2004

### PLAINTIFF'S MOTION FOR EXCLUSION/SEQUESTERING OF WITNESSES

Pursuant to Rule 615 of the Federal Rules of Civil Procedure, and Advisory Committee Note, 56 F.R.D. at 280-81, Plaintiff hereby moves this Court for an order excluding all witnesses from the courtroom during the testimony of other witnesses, in the trial of the above-captioned matter. This motion seeks to prevent such excluded witnesses from hearing the testimony of other witnesses prior to the former witnesses testifying.

In support of this motion, Plaintiff represents that in this case there have been several, demonstrable, references by others - including party opponent admissions, and references by one fact-finder - to the credibility (or lack thereof) of some of the Government's witnesses. Such a sequestering of witnesses is therefore necessary in any trial of the above-captioned matter, so as to avoid any "fabrication, inaccuracy, and collusion". (6 Wigmore §§ 1837-1838).

WHEREFORE: Plaintiff respectfully moves this Court for the afore-mentioned Order of Exclusion/Sequestration.

1

THE PLAINTIFF<br>
MARSHALL CHAMBERS

By: *[signature]*
CALEB M. PILGRIM, Esq.
**Law Offices of Caleb M. Pilgrim, LLC**
1404 Whalley Avenue - 2nd Floor
New Haven, CT 06510
Tel: 203-387-2524
Federal Bar No. ct 14857

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd. day of April 2004 to Attorney Lauren Nash, AUSA, US DOJ 157 Church Street, New Haven, CT 06510.

*[signature]*
CALEB M. PILGRIM, Esq.