UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 APR 19 P 2: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Marshall Chambers
_____,
Plaintiff(s),

v.                                    Case No. 3:00CV00656 (SRU)

Anthony J. Principi
_____,            Date: Monday, 19 April 2004
Defendant(s).

Secretary, U.S. Department of
Veterans Affairs

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

M. CHAMBERS
Original Signature

Marshall Chambers
Name (print or type)

P.O. Box 375
Street Address

Camden NJ  08101-0375
City        State      Zip Code

( 203 ) 387-2524  (Leave Message)
Telephone Number

Certification

I, MARSHALL CHAMBERS, HEREBY CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS MAILED TO LAUREN NASH, USA, 157 CHURCH ST., NEW HAVEN ON 19APR04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 19 P 2: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

FINANCIAL AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

Marshall Chambers
_____,
                Plaintiff(s),

v.                                                 Case No. 3:00CV00656 (SRU)

Anthony J. Principi                                Date: Monday, 19 April 2004
_____,
                Defendant(s).
Secretary, U.S. Department of
  Veterans Affairs


I state under oath that:

   (1)   I am unable to pay such fees, costs, or give security therefor.

   (2)   I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____  Married ____  Separated ____  Divorced ✓
If separated or divorced, are you paying any support or any form of maintenance?
Yes ✓  No ____
Dependents: Wife ____  Children # 8  Others # ____
and relationship _____
The names and ages of my children are:
Name LaToya M. Chambers                              Age 17.5
Name Darnell T. Chambers                             Age 16
Name Stephanie M. Chambers                           Age 15
     Laura M. Chambers                               Age 8
**RESIDENCE**
Street Address: P.O. Box 375, Camden NJ 08101-    $375
City: Camden                    State: NJ
Zip Code: 08101-0375    Telephone: (203) 387-2524 (Message)

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 (8)     High School   9 10 11 (12)
College   1 2 (3) 4     Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the __1st__ day of __October__, ~~19~~ __2002__
The name of my last employer: __New Haven Health Department__
Address: __200 Orange St., New Haven CT 06510__
Telephone #: (___) _____
The last salary or wages received:   __$34,500.00 Per Annum__

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes _____   No __✓__
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____

3

Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash on hand:
Cash in banks and savings and loan associations:_____
Names and addresses of banks and associations:_____
_____
_____

**OBLIGATIONS:**
| | |
|---|---|
| Monthly rental on house or apartment: | $_____650.00 |
| Monthly mortgage payment on house: | $_____ |
| Gas bill per month: | $_____ |
| Electric bill per month: | $_____30.00 |
| Phone bill per month: | $_____ |
| Car payments per month: | $_____ |
| Car insurance payments per month: | $_____ |
| Other types of insurance payments per month | $_____ |
| Monthly payments to retail merchants: | $_____ |
|   Please list:_____ | $_____ |
|   Please list:_____ | $_____ |
| Monthly payments on any other outstanding loans or debts: | $_____ |
|   Please list:_____ | $_____ |
|   Please list:_____ | $_____ |
| Any money owed to doctors, hospitals, lawyers | |
|   Please list:_____ | $_____ |
|   Please list:_____ | $_____ |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $_____350.00 |
| Estimated monthly expenditure on food: | $_____ |
| Estimated monthly expenditure on clothing: | $_____ |
| | |
| Total amount of monthly obligations: | $_____1,100.00 |

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____
_____
_____

Date: 19 April 2004

M. CHAMBERS
**Original Signature of Affiant**

SUBSCRIBED AND SWORN TO BEFORE ME THIS 19th day of April, 19 2004

CALEB M. PILGRIM, Esq.
~~Notary Public~~ CMP
1404 Whalley Ave., New Haven CT 06515
Address

My commission expires: N/A

Commissioner of CT Superior Court