U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marshall Chambers,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Anthony J. Principi,<br>Secretary, U.S. Department of Veterans Affairs,<br>　　　　　　　　Defendant. | FILED<br><br>CASE NR.: 3:00CV0656(SRU)　2004 APR 19　P 2: 10<br><br>April 19, 2004　　U.S. DISTRICT COURT<br>　　　　　　　　BRIDGEPORT, CONN |

## PLAINTIFF'S MOTION FOR JUDGMENT OF DEFAULT FOR FAILURE TO PLEAD

Pursuant to FRCP 55 and L.Civ.R.9, Plaintiff hereby moves for Judgment for Defendant's Failure to Plead in response to Plaintiff's Request for Leave to file his Amended Complaint. To date, Defendant has failed to answer Plaintiff's Amended Complaint. Absent objection, Plaintiff moves that this Court grant him judgment with respect to the above-captioned matter.

THE PLAINTIFF,
MARSHALL CHAMBERS

_____
CALEB M. PILGRIM, Esq., His Attorney
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue (2d Floor)
New Haven CT 06515-1146
Tel: 203.387.2524
Fed Bar no. ct 14587

## CERTIFICATION

I, CALEB M. PILGRIM, Esq., Plaintiff's Attorney, hereby certify that a copy of the foregoing motion was mailed to Lauren M. Nash, Esq., Assistant U.S. Attorney, U.S. Department of Justice, 157 Church Street, New Haven CT 06510 on April 19, 2004.

_____
CALEB M. PILGRIM, Esq.