# U.S. DISTRICT COURT
## DISTRICT OF CONNECTICUT

Marshall Chambers,
                Plaintiff,

v.

Anthony J. Principi,
Secretary, U.S. Department of Veterans Affairs,
                Defendant.

CASE NR.: 3:00CV00656(SRU)

April 19, 2004

FILED
2004 APR 19 P 2: 09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PLAINTIFF'S MOTION FOR JUDGMENT OF DEFAULT FOR FAILURE TO PLEAD IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to FRCP 55, 56(a) and L.Civ.R.9, Plaintiff hereby moves for Judgment for Defendant's Failure to Plead in Opposition to the Plaintiff's Motion for Summary Judgment with respect to Plaintiff's Amended Complaint. To date, Defendant has failed to so plead. Absent objection, Plaintiff moves that this Court grant him judgment with respect to the above-captioned matter.

THE PLAINTIFF,
MARSHALL CHAMBERS

_/s/ Caleb M. Pilgrim_
CALEB M. PILGRIM, Esq., His Attorney
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue (2d Floor)
New Haven CT 06515-1146
Tel: 203.387.2524
Fed Bar no. ct 14587

## CERTIFICATION

I, CALEB M. PILGRIM, Esq., Plaintiff's Attorney, hereby certify that a copy of the foregoing motion was mailed to Lauren M. Nash, Esq., Assistant U.S. Attorney, U.S. Department of Justice, 157 Church Street, New Haven CT 06510 on April 19, 2004.

_/s/ Caleb M. Pilgrim_
CALEB M. PILGRIM, Esq.