**U.S. DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | |
|---|---|
| Marshall Chambers, | } |
|                         Plaintiff, | } |
| | } CASE No:3:00CV00656 (SRU) |
| v. | } |
| | } |
| Anthony J. Principi, Secretary | } April 19, 2004 |
| Department of Veterans Affairs, | } |
|                         Defendant. | } |

2004 APR 19 P 2:10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PLAINTIFF'S REQUEST FOR LEAVE TO FILE MOTION FOR RELIEF

Plaintiff hereby moves this Court for leave to file the attached Motion for Relief from Judgment or Order, namely this Court's decision granting and denying in part the Defendant's motion for summary judgment on September 22, 2003. In support of this motion, Plaintiff Chambers seeks relief from the Court's decision, as it may apply to specific claims, delineated below, which were not addressed in the Court's decision on September 22, 2003, or thereafter.

                              THE PLAINTIFF
                              MARSHALL CHAMBERS

                              CALEB M. PILGRIM, Esq., His Attorney
                              Law Offices of Caleb M. Pilgrim, LLC
                              1404 Whalley Avenue (2d Floor)
                              New Haven CT 06515-1146
                              Tel: 203.387.2524
                              Fed Bar no. ct 14587

### CERTIFICATION

I, CALEB M. PILGRIM, Esq., Plaintiff's Attorney, hereby certify that a copy of the foregoing motion was mailed to Lauren M. Nash, Esq., Assistant U.S. Attorney, U.S. Department of Justice, 157 Church Street, New Haven CT 06510 on April 19, 2004.

                              CALEB M. PILGRIM, Esq.

1