UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT 2004 APR 19 P 2: 10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Marshall Chambers
_____
Name of Plaintiff/Petitioner

v.                                    Case No. 3:00CV00656 (SRU)

Anthony J. Principi                   Date: Monday, 19 April 2004
_____
Name of Defendant/Respondent
Secretary, U.S. Department of
Veterans Affairs

**MOTION FOR APPOINTMENT OF COUNSEL**

PERSONAL/FINANCIAL DATA

1.  Your full name: Marshall Chambers

    Your present mailing address: P.O. Box 375, Camden NJ 08101-0375

    Telephone number: (203) 387-2524 (Leave Message(s))

2.  Are you presently employed? YES ___ NO ✓

3.  If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

    Weekly earnings: _____

4.  If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. City of New Haven, 200 Orange Street,

    New Haven CT 06510. 1 October 2002. $663.46.

(Rev. 1/2/03)

Date last worked: __1 October 2002__

Weekly earnings: __$663.46__

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? __-0-__

   b) interest, dividends, rents or investments of any kind? __$250.00__

   c) gifts or inheritances of any kind? __$1,500.00__

6. How much money do you have in any checking or savings account(s)?

   Checking: __-0-__

   Savings: __$5.00__

   Prison account: __-0-__

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _✓_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? __$11,000.00__

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | MPM Ltd., LLP | $ 9,500.00 |
   | SBC/SNET | 800.00 |
   | Cox Communications | 200.00 |
   | Northeast Utilities | 300.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   FATHER: (1) LaToya M.; (2) Darnell T.; (3) Stephanie M.; (4) Laura M.; (5) Najila M.; (6) Regina F.; and (7) Jazarra CHAMBERS.

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. Seek petition for Interlocutory Appeal on file in the Court (175 Lafayette Blvd., Bridgeport CT).

(Additional space on next page)

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ___ NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _Petition for Interlocutory Appeal has just been filed._

   _____

   b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____

   _____

   _____

   c) Attorney's name _____

       Date you contacted this attorney _____

       Method of contact (in person, by telephone, etc.) _____

       _____

       Reason why attorney was not employed to handle your case _____

       _____

       _____

15.    Explain any other efforts you have made to obtain an attorney to handle your case.

       _____

       _____

       _____

       _____

       _____

16.    Please provide any other information which supports your application for the court to appoint counsel. _____

       _____

       _____

       _____

       _____

17.    Do you need a lawyer who speaks a language other than English?
      YES ____ NO ✓

       If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| | |
|---|---|
| 18 April 2004 | M. CHAMBERS |
| Date | Original Signature of Movant |

P.O. Box 375, Camden NJ 08101-0375

MARSHALL CHAMBERS, POBox 375, Camden NJ 08101-0375
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Lauren M. Nash, Esq., Ass't U.S. Attorney, P.O. Box 1824, New Haven CT 06508.

on  19 April 2004  , 2004.

M. CHA[signature]

Original Signature of Movant

(Rev. 1/2/03)