UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL CHAMBERS, | : | Docket No. 3:00CV00656 (SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI | : | |
| SECRETARY, U.S. DEPARTMENT | : | |
| OF VETERAN'S AFFAIRS, | : | |
| | : | |
| Defendant. | : | May 11, 2004 |

**DEFENDANT'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S VARIOUS MOTIONS**

Defendant, Anthony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits this memorandum in opposition to various of Plaintiff's motions. Specifically, Defendant herein opposes Plaintiff's Motions for Default for Failure to Plead (Docket Entry ## 101 and 102), and Plaintiff's Motion for Leave and Motion for Relief (Docket Entry ## 103 and 106).

First, Plaintiff has failed to support any of these motions with memoranda of law. Local Civil Rule 7(a)(1) requires that a motion involving a disputed issue of law "shall be accompanied by a written memorandum of law . . ." The rule also provides that "[f]ailure to submit a memorandum may be deemed sufficient cause to deny the motion." This defect alone is sufficient to warrant the denial of all of these motions.

NO ORAL ARGUMENT IS REQUESTED

Second, Plaintiff is not entitled to any of the relief that he seeks in these motions. There is no basis for defaulting the Defendant for failure to plead. Defendant has timely opposed Plaintiff's motions to amend and for summary judgment, and this Court has not to date allowed Plaintiff to file an amended complaint or motion for summary judgment. Therefore, Defendant is under no obligation to respond to the complaint or substantive motion, and cannot be defaulted. With respect to the Plaintiff's Motion for Relief, this motion is simply a restatement of the Plaintiff's untimely arguments for reconsideration (Docket Entry # 70), which this Court has already flatly rejected.

For these reasons, Plaintiff's Motions for Default for Failure to Plead (Docket Entry ## 101 and 102), and Plaintiff's Motion for Leave and Motion for Relief (Docket Entry ## 103 and 106) must be denied.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
157 CHURCH ST.
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct01705

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 11th day of May, 2004, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515


                                    LAUREN M. NASH
                                    ASSISTANT U.S. ATTORNEY