UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL CHAMBERS | : |
| | : |
| v. | : Civil Action No. |
| | : 3:00cv656 (SRU) |
| ANTHONY J. PRINCIPI, ET AL. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this <u>7th</u> day of July 2004, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge