UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL CHAMBERS, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | No. 3:00 CV 656 (SRU) |
| | : | |
| ANTHONY J. PRINCIPI, | : | |
| SECRETARY, U.S. DEPARTMENT | | |
| OF VETERANS AFFAIRS, | : | |
|     Defendant. | : | |

ORDER

Upon further consideration, and after consultation with Judge Garfinkel, the order referring this case to Judge Garfinkel for a settlement conference (doc. # 115) is hereby vacated. The parties have twice appeared for settlement conferences with Judge Garfinkel, who has accomplished all that he can. Another settlement conference would merely waste Judge Garfinkel's time.

It is so ordered.

Dated at Bridgeport, Connecticut, this 26th day of July 2004.

                                                    /s/ Stefan R. Underhill
                                                  Stefan R. Underhill
                                                  United States District Judge