UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL CHAMBERS, | : | Docket No. 3:00CV00656 (SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. PRINCIPI | : | |
| SECRETARY, U.S. DEPARTMENT | : | |
| OF VETERAN'S AFFAIRS, | : | |
| | : | |
| Defendant. | : | February 1, 2005 |

**DEFENDANT'S AMENDED PROPOSED JURY VOIR DIRE**

The Defendant, Anthony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits this amended proposed jury voir dire in advance of the jury selection in this case scheduled for February 4, 2005 and the trial commencing February 14, 2005. This amendment is submitted only to correct Item Number 11 of the Defendant's March 5, 2004 Proposed Jury Voir Dire (Docket Entry 76, Attachment 2), which lists the attorneys employed by the United States Attorney's Office in Connecticut. Since the Defendant's first submission, the list of attorneys has changed through attrition. The remainder of the Defendant's prior submission is unchanged.

It is therefore requested that Item Number 11 be amended as follows:

11.     The following people, in addition to Lauren M. Nash, are lawyers in the United States Attorney's Office for the District of Connecticut. Please let me know if you know any one of these individuals professionally or socially.

**NEW HAVEN HEADQUARTERS OFFICE:**

    Kevin J. O'Connor    (United States Attorney)

    Jonathan Biran
    William M. Brown, Jr.
    Patrick F. Caruso
    Edward Chang
    John H. Durham
    James I. Glasser
    Eric J. Glover
    Sandra S. Glover
    Michael J. Gustafson
    H. Gordon Hall
    John B. Hughes
    Peter S. Jongbloed
    Maria A. Kahn
    Anthony E. Kaplan
    Keith A. King
    Henry K. Kopel
    Calvin B. Kurimai
    Peter D. Markle
    John A. Marrella
    Michael S. McGarry
    Raymond F. Miller
    Richard M. Molot
    Douglas P. Morabito
    William J. Nardini
    Karen L. Peck
    David A. Ring
    Mark D. Rubino
    Michael E. Runowicz
    Christopher W. Schmeisser
    Christine L. Sciarrino
    David J. Sheldon
    Alan M. Soloway
    David X. Sullivan
    Julie G. Turbert

**HARTFORD BRANCH OFFICE:**

    William A. Collier
    Thomas V. Daily
    John A. Danaher III
    Nora R. Dannehy
    Anastasia M. Enos
    James G. Genco
    Carolyn A. Ikari
    Brian P. Leaming
    Lisa E. Perkins
    Deborah R. Slater
    Robert M. Spector
    Geoffrey M. Stone
    David Vatti

**BRIDGEPORT BRANCH OFFICE:**

    Robert M. Appleton
    Harold Chen
    James K. Filan, Jr.
    James J. Finnerty
    Brenda M. Green
    Alex V. Hernandez
    Edward T. Kang
    Alina P. Marquez
    Paul A. Murphy
    Ann M. Nevins
    Krishna R. Patel
    Stephen B. Reynolds
    Brian E. Spears

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Defendant's Amended Proposed Jury Voir Dire has been mailed, postage prepaid, on this 1st day of February, 2005, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

                        LAUREN M. NASH, ct01705
                        ASSISTANT U.S. ATTORNEY
                        UNITED STATES ATTORNEY'S OFFICE
                        157 CHURCH STREET, P.O. BOX 1824
                        NEW HAVEN, CT  06510
                        Telephone: (203) 821-3700
                        Facsimile:  (203) 773-5373
                        E-mail: lauren.nash@usdoj.gov