UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARSHALL CHAMBERS, : Docket No. 3:00CV00656 (SRU)

Plaintiff,

v.

A. JAMES NICHOLSON,
SECRETARY, U.S. DEPARTMENT
OF VETERAN'S AFFAIRS,

Defendant. : February 7, 2005

**DEFENDANT'S MOTION IN LIMINE**

The Defendant, A. James Nicholson, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits this Motion in Limine in connection with the above-captioned case. This motion is supported by a memorandum, submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

__________________________

LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: lauren.nash@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Motion in Limine has been served by facsimile machine and simultaneously mailed, postage prepaid, on this 7th day of February, 2005, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT 06515
FAX (203) 387-2527

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY