UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 11  A 9:02

U.S. DISTRICT COURT

MARSHALL CHAMBERS,
               Plaintiff,

v.

JAMES NICHOLSON
Secretary, U.S. Department of
Veterans Affairs,
               Defendant.

Docket No.: 3:00CV00656 (SRU)

February 10, 2005

## PLAINTIFF'S LIST OF EXHIBITS

1. Letter from T. Elaine Marshall, Chief, Defendant's Personnel Service, to Plaintiff, dated April 2, 1992, advising of Plaintiff's appointment to VA.

2. Application for Federal Employment, Standard Form 141 and Plaintiff's Resume.

3. Excerpt from Memorandum of January 3, 1996, from Defendant's Deputy Assistant Secretary, Equal Opportunity, Gerald K. Hinch to Administration Heads on the subject of Fairness and the fairness of VA personnel decisions.

4. Excerpt from Master Agreement between Department of Veterans Affairs and The American Federation of Government Employees.

5. Affidavit of Kelvin Brown in the Matter of Marshall Chambers v. Department of Veterans Affairs Medical Center, West Haven, CT – EEO Complaint #97-1322 dated October 1, 1998.

6. Letter from Richard N. Daniels, Assistant Chief, Human Resources, VA, to Union President, Earl Gaudino, dated November 30, 1995 on Reorganization.

7. Letter from Patricia Brady, Defendant's Chief of Human Resources to Plaintiff on Reassignment, dated November 30, 1995.

8. Position Report by Kelvin Brown, Classification Specialist recommending upgrade of Plaintiff's position to GS-303-7, Progam Assistant. ("1st. Desk Audit).

1

9. Memo dated October 23, 1996, from Bernadette Oulton, Defendant's Chief of Hospital Education to Marshall Chambers re Performance Improvement Plan.

10. Memorandum dated October 29, 1996, from Kim Chapman, Chief Steward, to Associate Chief, Nursing Service, re Grievance Step 2.

11. E-Mail correspondence from Margaret Veazey to Kim Chapman dated September 29, and September 30, 1996 and responses from Chapman dated October 1, 1996.

12. Memorandum dated November 15, 1996, from Margo Veazey, Defendant's Associate Director re Grievance/Performance Improvement Plan/M. Chambers to Chief Steward, rescinding PIP.

13. Memorandum dated March 26, 1997 from Neil J. Falkner, Defendant's Chief of Human Resources to Marshall Chambers on Classification Review and Desk Audit of Secretary (Office Automation).

14. EEO Counselor's Report, Complaint Intake by Edgar Colon dated April 25, 1997.

15. Plaintiff's Complaint of Employment Discrimination filed with Defendant on April 17, 1997.

16. Notice of Final Interview with EEO Counselor dated April 11, 1997.

17. Plaintiff's Performance Appraisal dated May 3, 1996, covering period 4/1/96 to 3/31/97.

18. Plaintiff's Performance Appraisal ("Secretary #006968) signed by Oulton covering period 4/1/96 to 3/31/97.

19. Plaintiff's Performance Appraisal ("Program Clerk") from April 11, 1997 to March 31, 1998 (Program Clerk).

20. Plaintiff's Performance Appraisal from April 11, 1997 to March 31, 1998. (Program Clerk Office Automation).

21. Draft Position Description received by A.F.G.E dated January 22, 1996.

22. E-Mails from Plaintiff to and from Dr. Jeffrey Lustman re draft PD February 8, 1996.

23. Position Description signed by Kelvin R. Brown dated March 12, 1996 ("Replaces PD #6968 dated 8/14/93").

24. Position Description signed by Kelvin R. Brown 3/14/96 "Replaces #5588A.

25. Position Description dated May 7, 1997 ("Reclassification of pd # 7257 dated 3-7-96").

26. Memo from Plaintiff to Chief, Defendant's Hospital Education Service requesting modification to Position Description (GS-318-6, PD# 7275, dtd 14 March 1996).

27. E-Mails from Kim Chapman to and from Richard N. Daniels re Desk Audit for Marshall Chambers.

28. Affidavit of Deneen Askew in the Matter of Marshall Chambers v. Department of Veterans Affairs Medical Center, West Haven, CT – EEO Complaint #97-1322 dated October 1, 1998.

29. Defendant's Hospital Education Service Performance Ratings for 1996 and 1997 by race, religion and gender.

30. Memorandum from Neil Falkner, Chief, Defendant's Human Resources, to Chief, Hospital Education dated March 26, 1997, re "Classification Review and Desk Audit of Secretary (Office Automation) Position Number 689-7257O".

31. Memorandum from Neil Falkner, Chief, Defendant's Human Resources, to Marshall Chambers dated March 26, 1997, re "Classification Review and Desk Audit of Secretary (Office Automation) Position Number 689-7257O" and General Schedule Classification Appeals.

32. Assignments given Plaintiff, 3/20/97 – 4/3/97.

33. Request for Personnel Action as to change in Veterans' Preference Points requested by G. Doloff.

34. Excerpt - Chapter 7, Veterans' Preference – Processing Personnel Actions, Update 12, January 20, 1995.

35.  Request for Personnel Action – Plaintiff's Resignation dated August 26, 1997.

Respectfully submitted,<br>
PLAINTIFF, MARSHALL CHAMBERS<br>
<br>
_____<br>
CALEB M. PILGRIM, Esq.<br>
LAW OFFICES OF CALEB M.<br>
PILGRIM, LLC<br>
1404 WHALLEY AVENUE, 2ND FLOOR<br>
NEW HAVEN, CT 06515<br>
Ph: (203) 387-2524 / Fax: (203) 387-2527<br>
FEDERAL BAR NO. CT14857

### CERTIFICATE

I, CALEB M. PILGRIM, Esq., hereby certify that a copy of the foregoing was hand-delivered to the Office of Attorney Lauren M. Nash, Assistant U.S. Attorney, U.S. Department of Justice, 157 Church Street, New Haven CT 06510 on February 10, 2005.

_____
CALEB M. PILGRIM, Esq.

4