UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL CHAMBERS, | : Docket No. 3:00CV00656 (SRU) |
| Plaintiff, | : |
| v. | : |
| ANTHONY J. PRINCIPI<br>SECRETARY, U.S. DEPARTMENT<br>OF VETERAN'S AFFAIRS, | : |
| Defendant. | : March 26, 2004 |

## DEFENDANT'S EXHIBIT LIST

Pursuant to the Pre-Trial Order of this Court dated September 24, 2003, the Defendant, Anthony J. Principi, Secretary of the U.S. Department of Veterans Affairs, hereby respectfully submits his Exhibit List with attached exhibits. This list is provided in accordance with Section 10 of the Pre-Trial Order.

1. **Expected to be offered:**

    **Exhibit A:** Plaintiff's Position Description dated March 14, 1996;

    **Exhibit B:** Position Report by VA Classification Specialist Kelvin Brown dated September 25, 1996, with Dr. Lustman's 10/96 review of Plaintiff's duties;

    **Exhibit C:** E-mail messages from 1996 to 1997 concerning the desk audits;

    **Exhibit D:** Position Report by VA Classification Specialist Beverly Hogle dated March 14, 1997;

    **Exhibit E:** Memorandum from Neil Falkner, VA Chief of Human Resources, to Chief of Hospital Education, dated March 26, 1997, with attachments thereto;

    **Exhibit F:** Memorandum from Neil Falkner, VA Chief of Human Resources, to Marshall Chambers, dated March 26, 1997, with attachments thereto;

**Exhibit G:**  Draft Revised Position Description sent by Bernadette Oulton, VA Chief of Hospital Education, dated April 14, 1997;

**Exhibit H:**  Plaintiff's Revised Position Description dated May 21, 1997;

**Exhibit I:**  Excerpts from Master Agreement between the Department of Veterans Affairs and the American Federation of Government Employees dated 1997.

**Exhibit J:**  Documents concerning the pay differential between Plaintiff's position at a GS-6 and the GS-7 position recommended by the first desk audit, including:

    (1) Plaintiff's pay records;
    (2) Official VA pay calendars for 1996 and 1997;
    (3) VA policy excerpts regarding Reassignment, Promotion and Change to Lower Grade;
    (4) General Schedules 5 U.S.C. 5332(a), Rates of Basic Pay and Increases;
    (5) VA Special Salary Rates for 1996 and 1997; and
    (6) VA Calculation Sheet.

**2. May be offered if need arises (impeachment):**

**Exhibit K:**  Deposition of Marshall Chambers dated March 12, 2001, or excerpts thereof;

**Exhibit L:**  Deposition of Marshall Chambers dated October 15, 2001, or excerpts thereof;

**Exhibit M:**  EEO Affidavit of Kelvin Brown;

**Exhibit N:**  EEO Affidavit of Kim Chapman;

**Exhibit O:**  EEO Affidavit of Deneen Askew;

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          */s/ Lauren M. Nash*
          LAUREN M. NASH
          ASSISTANT U.S. ATTORNEY
          157 CHURCH ST.
          NEW HAVEN, CT  06510
          (203) 821-3700
          FEDERAL BAR # ct01705

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Exhibit List has been mailed, postage prepaid, on this 26th day of March, 2004, to:

Caleb M. Pilgrim, Esq.
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue, 2nd Floor
New Haven, CT  06515

          */s/ Lauren M. Nash*
          LAUREN M. NASH
          ASSISTANT U.S. ATTORNEY
          157 CHURCH ST.
          NEW HAVEN, CT  06510
          (203) 821-3700
          FEDERAL BAR # ct01705