UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL CHAMBERS,<br>    Plaintiff, | :<br>:<br>: CIVIL ACTION NO.<br>: 03:00cv656 (SRU)<br>: |
| v. | |
| R. JAMES NICHOLSON,<br>SECRETARY OF VETERANS AFFAIRS,<br>    Defendant. | :<br>:<br>: |

**VERDICT FORM**

We, the jury, unanimously find as follows:

1.  Did the plaintiff, Marshall Chambers, prove by a preponderance of the evidence that the defendant's decision not to upgrade Mr. Chambers' position from a GS-6 to a GS-7 violated Title VII?

    Yes ____   No __X__

    *Please proceed to question 2.*

2.  Did the plaintiff, Marshall Chambers, prove by a preponderance of the evidence that the defendant's decision to change Mr. Chambers' job from Secretary to Program Clerk violated Title VII?

    Yes ____   No __X__

    *If you answered Yes to either question 1 or question 2, please proceed to question 3.*
    *If you answered No to both question 1 and question 2, your deliberations are complete; please sign and date the verdict form.*

3.  Did the plaintiff, Marshall Chambers, prove by a preponderance of the evidence that he is entitled to compensatory damages?

    Yes ____    No ____

    If yes, what amount of compensatory damages do you award him?

    $ _____

    If no, what amount of nominal damages do you award him?

    $ _____

*Please sign and date this verdict form.*

_____    2/16/05
Foreperson                        Date