AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**FILED** 2005 FEB 16 P 2:39 U.S. DISTRICT COURT

DISTRICT OF —

Chambers
west

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00cv656T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Caleb Pilgrim | Lauren Nash |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2-14-05 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2-14-05 | | | Marshall Chambers, Camden, N.J. sworn + Test |
| 8 | | " | | ✓ | Position Rpt by Kelvin Brown |
| 13 | | " | | ✓ | Memo dtd 3-26-97 Falkner/Chambers |
| | C | " | | | E-Mail messages 1996 to 1997 concerning desk audits |
| | | " | | ✓ | All deft Exhibits A-O - full exhibits |
| | | " | | | Oscar Torres, Middletown, CT, sworn + Test |
| | | " | | | Neil Falkner, Minneapolis, Minn., sworn + Test |
| | | 2-15-05 | | | Richard N. Daniels by telephone, sworn + Test |
| | | " | | | Jeffrey Lustman, M.D. New Haven, CT., Sworn + Test |
| | | " | | | Kim Chapman, New Haven, CT sworn & test |
| | | " | | | Dr Paul Mulinski, Branford, Ct, sworn + Test |
| | | " | | | Bernadette Oulton, West Haven, CT, Sworn + Test |
| | | 2-16-05 | | | Beverly Hagle, Trumbull, Missouri, sworn + Test |
| | | | | | Exhibits J-O - NOT to go to Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.