UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARSHALL CHAMBERS

      v                                                  3:00 CV 656  (SRU)

ANTHONY J. PRINCIPI
Secretary of Veterans Affairs

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On February 16, 2005, after deliberation, the jury returned a verdict in favor of the defendant.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant against the plaintiff.

Dated at Bridgeport, Connecticut, this 18th day of February 2005.

KEVIN F. ROWE, Clerk

By /s/ Alice Montz
       Deputy Clerk

Entered on Docket _____