**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 25, 2005

Caleb McIvor Pilgrim, Esq.
1404 Whalley Avenue, 2nd Floor
New Haven, CT 06515

    Re: Case Name: CHAMBERS v PRINCIPI, et al
        Number: 3:00cv656 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Plaintiff Exhibits 3, 13

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY /s/ Alice Montz
            Alice Montz
            Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____